Gary S. Saunders SBN 144385
SAUNDERS LAW GROUP, LTD
1891 California Avenue, Suite 102
Corona, California 92881
Phone | 951.272.9114 Fax | 951.270.5250
Email: gary@saunderslawoffice.com

Entered on Docket
July 08, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: July 7, 2022



_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Kevin Moore | **ORDER ON MOTION** |
| | Bankruptcy Case No.: 22-50511 HLB 13 |
| | Chapter No.:13 |
| Debtor(s) | |

**ORDER GRANTING MOTION TO REDACT PREVIOUSLY FILED DOCUMENT**

In accordance with Federal Rule of Bankruptcy Procedure 9037(h), upon consideration the *Motion to Redact Previously Filed Document* and supporting documents filed by KEVIN MOORE (herein the "Movant"), to redact the following previously filed unredacted document(s), the *Motion* is hereby granted.

Within 10 days after the entry date of this *Order*, the Movant shall file via ECF or otherwise provide to the Clerk in paper form a properly redacted replacement document for each of the previously filed unredacted documents stated herein.

Dated July 7, 2022        HONORABLE HANNAH L. BLUMENSTIEL

_____

# LIST OF DOCUMENT (S)

1. **DOCUMENT NO. 9** – **AMENDED VOLUNTARY PETITION** WHICH IS IDENTICAL TO THE PREVISOUSLY FILED UNREDACTED DOCUMENT EXCEPT FOR THE REDACTION.