Entered on Docket
July 08, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 8, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-50511 HLB |
| KEVIN MOORE, | ) Chapter 13 |
| Debtor. | ) |

**ORDER DENYING MOTION TO REDACT PREVIOUSLY FILED DOCUMENT**

This case comes before the court on Debtor Kevin Moore's Motion to Redact Previously Filed Document.[1] The Motion fails to comply with the court's Procedure for Motion to Redact Previously Filed Document (eff. Dec. 1, 2019)[2] in that it fails to include as an attachment a proposed redacted version of the document(s). The court notes that except for the proposed redactions, the redacted version of any document must otherwise be identical to the previously file unredacted document(s).

The court also notes that the proposed order submitted with the Motion was not properly formatted and does not conform to the template order included in the Procedure for Motion to Redact Previously Filed Document. The court refers Mr. Moore's

---

[1] Dkt. 15 (the "Motion").

[2] https://www.canb.uscourts.gov/procedure/district/district-procedure-motion-redact-previously-filed-document-effective-1212019

-1-

counsel to the court's E-Order Submission Procedures for instruction regarding the proper formatting of orders. These procedures are available here: https://www.canb.uscourts.gov/procedure/district/e-order-submission-procedure. Counsel also should not submit such orders as "Expedited".

Given the defects from which the Motion suffers, it is hereby **DENIED** without prejudice to the filing and service of a motion that cures the problems noted in this order.

**\*\*END OF ORDER\*\***

## Court Service List

[None]