| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Saunders Law Group<br>1891 California Avenue, Suite 102<br>Corona, CA 92881<br>951-272-9114 (phone)<br>951-270-5250 (fax)<br>Gary@saunderslawoffice.com | FOR COURT USE ONLY |

☐ Individual appearing without attorney
☒ Attorney for: Kevin Moore

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| | |
|---|---|
| In re:<br>KEVIN MOORE | CASE NO.: 5:22-bk-50511<br><br>CHAPTER 13 |
| | **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** |
| Debtor(s). | [No Hearing Required] |

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

1. ☒ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   **OR**

   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter ____ and was converted to a case under chapter 13 on _____.

2. ☒ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   **OR**

   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*

F 3015-1.18.DEBTOR.MOTION.DISMISS

Case: 22-50511    Doc# 29    Filed: 08/04/22    Entered: 08/04/22 10:35:41    Page 1 of 6

Filing Date: 06/16/2022
Movant: Kevin Moore
Personal or Real Property: 12839 Airline Highway
Paicines, CA 95043

Status: ☒ Pending    ☐ Resolved    ☐ Withdrawn/Denied
*(Please attach additional pages if needed.)*

3. ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

**OR**

☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

_____

_____

_____

*(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
No longer needed.

_____

_____

_____

_____

*(Please attach additional pages if needed.)*

Date: 08/02/2022

_____
Attorney for Debtor

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 08/02/2022

_____
Debtor

Date: _____

_____
Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 3015-1.18.DEBTOR.MOTION.DISMISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___8/4/22___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ctdocs@ch13sj.com                                        USTPRegion17.SJ.ECF@usdoj.gov
Ally Bank tsilverman@scheerlawgroup.com        JPMorgan Chase ecfcanb@aldridgepite.com

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) _8/4/22_____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached mailing list

☒ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _8/4/22_____ | _Jeannie Kim_____ | _[signature]_____ |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                         Page 3                    **F 3015-1.18 DEBTOR MOTION DISMISS**

**Ally Bank c/o AIS Portfolio Services, LLC**
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK

**Ally Financial**
Attn: Bankruptcy
PO Box 380901
Bloomington, MN 55438-0901

**American Honda Finance Corporation**
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

**Ccs/Credit Consulting Services, Inc.**
Attn: Bankruptcy Dept
PO Box 5879
Salinas, CA 93915-5879

**Chase Auto Finance**
700 Kansas Ln
Monroe, LA 71203-4774

**Chase Auto Finance**
Attn: Bankruptcy
PO Box 901076
Fort Worth, TX 76101-2076

**CHKG/ATT**
PO Box 4500
Allen, TX 75013-1311

**CHKG/NETFLIX**
PO Box 4500
Allen, TX 75013-1311

**CHKG/PGEZ**
PO Box 4500
Allen, TX 75013-1311

**CHKG/VERIZON**
PO Box 4500
Allen, TX 75013-1311

**Credit Consulting Svc**
201 John St
Ste E
Salinas, CA 93901-3345

**Credit One Bank**
Attn: Bankruptcy Department
PO Box 98873
Las Vegas, NV 89193-8873

**Credit One Bank**
PO Box 98872
Las Vegas, NV 89193-8872

**FRANCHISE TAX BOARD**
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**Genesis Fs Card Services**
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076-4401

**Genesis Fs Card Services**
PO Box 4499
Beaverton, OR 97076-4499

**Hazel Hawkins Memorial Hospital**
201 John St
Ste E
Salinas, CA 93901-3345


**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


**JRG Attorneys at Law**
318 Cayuga Street
Salinas, CA 93901


**(LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


**Persevere Lending**
600 San Ramon Valley Blvd
Danville, CA 94526


**Pinnacle Credit Services, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


**SAN BENITO COUNTY COURT (RD)**
**Telecom Self-Reported**
PO Box 4500
Allen, TX 75013-1311


**U.S. Bankcorp**
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000